In the Matter of ZURICH INSURANCE COMPANY, Appellant, v. ALBERT J. MILLUS, as Deputy Superintendent of Insurance of the State of New York, Respondent.

Concur — Stevens, J. P., Rabin, McNally and Witmer, JJ.